UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL R. FITZPATRICK,<br><br>    Defendant. | No. CR-11-0068-RHW<br><br>**ORDER DISMISSING INDICTMENT** |

The Court sentenced the Defendant to 78 months imprisonment in two companion cases (CR-11-0067-RHW & CR-11-0070-RHW). Pursuant to the terms of the plea agreement disposing of those cases, the Government seeks dismissal of this Indictment.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Indictment in the above-captioned matter is **dismissed with prejudice**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 26th day of January, 2012.

                *s/Robert H. Whaley*
                ROBERT H. WHALEY
                United States District Court

Q:\aCRIMINAL\2011\Fitzpatrick\dismiss68.ord.wpd

**ORDER DISMISSING INDICTMENT * 1**